IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
DENVER DIVISION

| | |
|---|---|
| TEMETRIUS RICHARDSON, Equitable Owner and Beneficiary,<br><br>        Plaintiff,<br>v.<br><br>COUNTY OF ELLSWORTH, KANSAS, Trustee, as a Non-Governmental Corporation, CITY OF SODDY DAISY, TENNESSEE, Trustee, as a Non-Governmental Corporation, COUNTY OF RHEA, TENNESSEE, Trustee, as a Non-Governmental Corporation, CITY OF DAYTON, TENNESSEE, Trustee, as a Non-Governmental Corporation, COUNTY OF CHEROKEE, GEORGIA, Trustee, as a Non-Governmental Corporation, CITY OF SOUTH FULTON, GEORGIA, Trustee, as a Non-Governmental Corporation, and CITY OF LAWRENCEVILLE, GEORGIA, Trustee, as a Non-Governmental Corporation,<br><br>        Defendants. | Civil Action: 24-cv-2733-MDB<br><br>This suit is cognizable in Equity only. Equitable relief is demanded. Adequate remedy cannot be obtained at law. |

ON THE RECORD FOR THE RECORD

## NOTICE OF CORRECTIONS TO CLERICAL ERRORS IN CIVIL DOCKET

Defendant respectfully gives notice of the following errors on the Civil Docket for the above-styled case:

1

1. Error—The Nature of Suit is incorrectly stated as 440 Civil Rights: Other. **Correction—The cause must be brought under Equity Jurisdiction, pursuant to Grantors intent, as this case pertains to an equitable accounting for profits from the defendants.**

2. Error—The Jurisdiction is incorrectly stated as Federal Question Jurisdiction. **Correction—The Jurisdiction must be brought under Diversity Jurisdiction, per Grantors intent, as each Defendant is from various other States.**

3. Error—The Civil Docket incorrectly states that Temetrius Richardson is PRO SE. **Correction-- The Plaintiff must be titled as sui juris, per Grantors intent, PRO SE is copy written and may be identified as another account which is controlled and maintained by this Court or its affiliates which may adversely affect the Grantor's intent, rights, titles and interests. See Exhibit Y: Trademark Status of Pro Se.**

That concludes the corrections to Civil Action: 24-cv-2733-MDB at this time. Plaintiff requests the Clerk to make the necessary corrections in the best interest of justice.

i, richardson: temetrius-deonte, make oath under penalty of perjury, under the laws of The United States of America, that the foregoing NOTICE OF

2

CORRECTIONS TO CLERICAL ERRORS IN CIVIL DOCKET is true in substance and in fact according to his personal knowledge. Executed with clean hands and good faith this 16th day of October 2024.

All Rights Reserved.
Not waiving any remedies,

/s/.richardson, :temetrius-deonte:
.richardson, :temetrius-deonte: real owner
and beneficiary of minor TEMETRIUS
DEONTE RICHARDSON
c/o 8585 Criterion Drive Unit 64182
Colorado Springs, Colorado 80920
Phone: (314) 922-0853
Email: term1980@yahoo.com

## CERTIFICATE OF SERVICE

On this 16th day of October 2024, i, .richardson, :temetrius-deonte:, certify that the foregoing NOTICE OF CORRECTIONS TO CLERICAL ERRORS IN CIVIL DOCKET, were hand-delivered to the Clerk of Court, in THE UNITED STATES DISTRICT COURT DISTRICT OF COLORADO 901 Nineteenth Street, Denver, Colorado 80294.

/s/.richardson, :temetrius-deonte:

3

Exhibit Y: Trademark Status of Pro Se

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS    DOCUMENTS    MAINTENANCE                                          Back to Search        Print

**Generated on:** This page was generated by TSDR on 2024-10-14 17:25:36 EDT

**Mark:** PRO SE

# Pro Se

**US Serial Number:** 88477053           **Application Filing Date:** Jun. 17, 2019
**US Registration Number:** 6191769      **Registration Date:** Nov. 03, 2020
**Filed as TEAS Plus:** Yes              **Currently TEAS Plus:** Yes
**Register:** Supplemental
**Mark Type:** Trademark

**TM5 Common Status Descriptor:** 

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Amended to Principal Register:** No    **Date Amended to Current Register:** Sep. 05, 2020

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.
**Status Date:** Nov. 03, 2020

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load