

**REQUEST TO SEAL**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| Temetrius Richardson | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No: |
| | § | 24-cv-2733-MDB |
| County of Ellsworth, Kansas, et al. | § | |
| | § | |
| Defendants. | § | |

# SPECIAL DEPOSIT
# CONFIDENTIAL

### NOTICE AND DEMAND TO REDEEM IN LAWFUL MONEY

Comes now, defendant Temetrius Deonte Richardson, by and through his attorney in fact, .richardson, :temetrius-deonte:, beneficiary and equitable owner of Temetrius Deonte Richardson and respectfully gives notice and **demand to redeem** account number 24-cv-2733-MDB in **lawful money** pursuant to 12 U.S.C. § 411, Nunc pro tunc. Temetrius Deonte Richardson accept for value account number 24-cv-2733-MDB and demand that the debt be redeemed in lawful money. Temetrius Deonte Richardson exercises this right to redeem in lawful money all transactions made with Federal Reserve notes and/or funds deposited into a

1

demand transaction account regarding account number 24-cv-2733-MDB. This demand for redemption is made pursuant to 12 U.S.C. § 411:

> They [Federal reserve notes] shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve bank. See 12 U.S.C. § 411.

As a result of redeeming my account to lawful money, all debts created as a result of account number 24-cv-2733-MDB are now public debt obligations. Pursuant to 31 U.S.C. § 5118(a)(2) "public debt obligation" means a domestic obligation issued or guaranteed by the United States Government to repay money or interest.

Therefore, I transfer all indebtedness of account number 24-cv-2733-MDB to the United States for full acquittance and discharge of the debt obligation. See 50 U.S.C. § 4305(b)(2).

> Any payment, conveyance, transfer, assignment, or delivery of property or interest therein, made to or for the account of the United States, or as otherwise directed, pursuant to this subdivision or any rule, regulation, instruction, or direction issued hereunder shall to the extent thereof be a full acquittance and discharge for all purposes of the obligation of the person making the same; and **no person shall be held liable in any court** for or in respect to anything done or omitted in good faith in connection with the administration of, or in pursuance of and in reliance on, this subdivision, or any rule, regulation, instruction, or direction issued hereunder. (bold added for emphasis) 50 U.S.C. § 4305(b)(2).

I also give notice that the debts created as a result of account number 24-cv-2733-MDB are hereby redeemed in lawful money at the United States Treasury for repayment, and full acquittance and discharge of the debt obligation.

The debt created by account number 24-cv-2733-MDB is transferred to the United States Treasury through this redemption and is now public debt obligations of the United States.

DIRECTIONS: File this Notice and Demand into the Court on SPECIAL DEPOSIT, and request is made to SEAL this notice and demand from the public. This Notice and Demand is deemed confidential commercial information as it deals with matters of a delicate nature, unfit for the public.

An indorsed document that was sent to the United States Treasury is attached.

I Temetrius Deonte Richardson, being the age of majority and of sound mind, affirm under penalty of perjury that the foregoing is true and correct to my personal knowledge. Done in good faith this 19th day of November, 2024.

/s/ .richardson, :temetrius-deonte:, Agent for
Temetrius Deonte Richardson
c/o 8585 Criterion Drive Unit 64182
Colorado Springs, Colorado 80920
Phone: (314) 922-0853
Email: term1980@yahoo.com

3

## CERTIFICATE OF SERVICE

On this 19th day of November 2024, I Temetrius Deonte Richardson certify that the foregoing NOTICE AND DEMAND TO REDEEM IN LAWFUL MONEY was hand delivered to: the Clerk of Court, in THE UNITED STATES DISTRICT COURT DISTRICT OF COLORADO 901 19th Street, Denver, Colorado 80294.

/s/ .richardson, :temetrius-deonte:

ALL PAST, PRESENT AND FUTURE DEPOSITS ARE INTENDED FOR SPECIAL DEPOSIT TO REDEEM IN LAWFUL MONEY. 12 USC 411. PAY TO THE ACCOUNT OF THE UNITED STATES AND DEPOSIT FOR CREDIT ON ACCOUNT FOR TEMETRIUS DEONTE RICHARDSON. 50 USC 4305(b)(2).

4

Generated: Oct 2, 2024 4:17PM                                                                 Page 1/1



# U.S. District Court

### District of Colorado

**THIS IS A COPY**

Demetrius                                                              Receipt Date: Oct 2, 2024 4:11PM

Rcpt. No: 112030          Trans. Date: Oct 2, 2024 4:11PM                      Cashier ID: #SA

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| CC | Credit Card | | | | $405.00 |

|  |  |
|--|--|
| Total Due Prior to Payment: | $405.00 |
| Total Tendered: | $405.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

Comments: 24-cv-2733-MDB

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

Redeem in Lawful Money 402.00 and case 24-cv-2733-MDB pursuant to 12 U.S.C. 411. By: [signature] 11/14/2024. Nunc Pro Tunc.