### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF COLORADO

| | | |
|---|---|---|
| Temetrius Richardson | ) | |
| | ) | |
| Plaintiff | ) | No. 24-cv-2733-MDB |
| v. | ) | |
| | ) | |
| Count of Ellsworth, Kansas, et al. | ) | |
| | ) | |
| Defendants | ) | |

### REPLY TO RESPONSE IN OPPOSITION TO MOTION TO DISMISS

The City of Dayton, Tennessee ("Dayton") and City of Soddy-Daisy, Tennessee ("Soddy-Daisy"), reply to the Plaintiff's response in opposition to their motions to dismiss (Doc. 22) as follows:

Although not entirely clear, it appears that in his response Plaintiff alleges this Court has personal jurisdiction over Dayton and Soddy-Daisy because each were served with process in accordance with the Federal and Tennessee Rules of Civil Procedure. However, the Plaintiff overlooks the fact that in this case, the exercise of personal jurisdiction over Dayton and Soddy-Daisy does not comport with due process, as neither entity has any contacts with the State of Colorado nor did any of the acts the Plaintiff complains of occur in Colorado. Thus, regardless of whether either entity was properly served, neither entity has sufficient contacts with Colorado to support the exercise of jurisdiction by this Court[1].

Due to this, and as argued more particularly in their principal brief, Soddy-Daisy and Dayton

---

[1] Although Plaintiff asserts that these Defendants have not complied with certain of the Federal Rules of Civil Procedure, these assertions do not appear to pertain to these Defendants' motion to dismiss and, thus, are not addressed herein.

submit the Court lacks personal jurisdiction over them in this case. Therefore, all of Plaintiff's claims against them are due to be dismissed.

Respectfully submitted,

**ROBINSON, SMITH & WELLS, PLLC**
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, TN   37450
Telephone:    (423) 756-5051
Facsimile:    (423) 266-0474

By:    s/  *Keith H. Grant*
       Keith H. Grant, BPR# 023274
       kgrant@rswlaw.com
       *Attorney for Defendants,*
       *City of Soddy-Daisy, Tennessee and*
       *City of Dayton, Tennessee*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was filed electronically on November 26, 2024. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail and electronic mail at the addresses below. Parties may access this filing through the Court's electronic filing system.

Robinson, Smith & Wells, PLLC

By:    s/  *Keith H. Grant*

cc:    Temetrius Deonte Richardson
       c/o 8585 Criterion Drive Unit 64182
       Colorado Springs, Colorado 80920
       term1980@yahoo.com