FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
8:16 am, Dec 09, 2024
JEFFREY P. COLWELL, CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| TEMETRIUS RICHARDSON, | § | |
| Equitable Owner and Beneficiary, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action: 24-cv-2733-MDB |
| | § | |
| COUNTY OF ELLSWORTH, | § | |
| KANSAS, | § | Non- Negotiable |
| et al., | § | |
| Defendants. | § | |
| | § | |

---

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST RHEA COUNTY, TENNESSEE, CITY OF SOUTH FULTON, GEORGIA AND COUNTY OF ELLSWORTH, KANSAS

COMES NOW Plaintiff Temetrius Richardson, by and through his attoney-in-fact richardson: temetrius- deonte, and respectfully motion's this Court for a default judgment against defendants for the following.

1. Defendant Rhea County Tennessee was properly served with summons and complaint on 10/09/2024, answer was due on 10/30/2024, and defendant failed to answer or otherwise defend.

1

2.  Defendant City of South Fulton, Georgia was properly served with summons
and complaint on 10/09/2024, answer was due on 10/30/2024, and defendant failed
to answer or otherwise defend.

3. Defendant County of Ellsworth, Kansas was properly served with summons and
complaint on 10/09/2024, answer was due on 10/30/2024, and defendant failed to
answer or otherwise defend.

Wherefore, for the foregoing reason, Plaintiff respectfully motions this Court
for a default judgment against RHEA COUNTY, TENNESSEE, CITY OF
SOUTH FULTON, GEORGIA AND COUNTY OF ELLSWORTH, KANSAS or
in the alternative, Grant Plaintiff a Judgment on the pleadings.

i, richardson: temetrius- deonte, beneficiary, affirm under penalty of perjury
under the laws of The United States of America that the foregoing motion is true
and correct to my personal knowledge and belief. Executed with clean hands and
good faith on this 7th day of December 2024.

Respectfully submitted,

 /s/.richardson, :temetrius-deonte:
.richardson, :temetrius-deonte:
c/o 8585 Criterion Drive Unit 64182

2

Colorado Springs, Colorado 80920
Phone: (314) 922-0853
Email: term1980@yahoo.com


# CERTIFICATE OF SERVICE

On this 7th day of December 2024, i richardson:temetrius-deonte certify that the foregoing PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST RHEA COUNTY, TENNESSEE, CITY OF SOUTH FULTON, GEORGIA AND COUNTY OF ELLSWORTH, KANSAS were served via email to cod_prose_filing@cod.uscourts.gov. in THE UNITED STATES DISTRICT COURT DISTRICT OF COLORADO 901 Nineteenth Street, Denver, Colorado 80294. and served First Class Mail to the following:


Shelly D. Vopat, Ellsworth County Clerk
Ellsworth County, Kansas
210 N. Kansas Ave. Suite 6
Ellsworth, Kansas 67439

Khalid Kamau,
Mayor for the City of South Fulton
5440 Fulton Industrial Blvd
South Fulton, Georgia 30336

Carol Anne Barron, County Attorney
Rhea County, Tennessee
264 Third Avenue
Dayton, Tennessee 37321



*/s/ richardson: temetrius-deonte:*