Temetrius Richardson, beneficial owner and living heir
In care of: 8585 Criterion Drive, #64182
Colorado Springs, Colorado 80962

December 11, 2024

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
8:03 am, Dec 11, 2024
JEFFREY P. COLWELL, CLERK

To:   UNITED STATES DISTRICT COURT
      DISTRICT OF COLORADO
      901 Nineteenth Street
      Denver, Colorado 80294
      Re: Civil Action: 24-cv-2733-RMR

CC:   Thurgood Marshall Federal Judiciary Building
      ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
      Judicial Services Division
      Joseph Philips, Chief
      1 Columbus Circle Northeast
      Washington, DC 20002
      Email: aodb_ao_duty_attorney@ao.uscourts.gov

**Request for 2046 Balance Sheets**
**pursuant to The Dodd-Frank Wall Street Reform and Consumer Protection**
**Act of 2010**

Dear Custodian of Records,

   Pursuant to the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010 ("Act"), I am requesting copies of the following public financial records for the UNITED STATES DISTRICT COURT – DISTRICT OF COLORADO:

   1. A copy of all Selected Balance Sheet Items for Discount Window Borrowers—FR 2046 filed by the United States District Court – District of Colorado regarding Temetrius Richardson and/or civil action number: 24-cv-2733-MDB and 24-cv-2733-RMR. See attachment: Selected Balance Sheet Items for Discount Window Borrowers—FR 2046.

1

2. All tax forms displaying a valid OMB Control Number filed in the name of Temetrius Richardson regarding civil action number: 24-cv-2733-MDB and 24-cv-2733-RMR.

If there are any mailing fees, or any other fees, please inform me. I would also like to request a waiver of all fees in that the disclosure of the requested information is in the public's interest.

The Act requires a response to this request within thirty days following receipt of this letter. If access to the records I am requesting will take longer, please contact me with information about when I might expect the copies.

If my request is denied in whole or in part, please cite the specific section of the Act you feel justifies the refusal to release the information and notify me of the appeal procedures available under the law.

Thank you for fulfilling my request in a timely manner.

         Sincerely,

           /s/.richardson, :temetrius-deonte:
           .richardson, :temetrius-deonte:
           c/o 8585 Criterion Drive Unit 64182
           Colorado Springs, Colorado 80920
           Phone: (314) 922-0853
           Email: term1980@yahoo.com

Attachment: Copy of Selected Balance Sheet Items for Discount Window Borrowers—FR 2046

## CERTIFICATE OF SERVICE

On this 11th day of December 2024 richardson:temetrius-deonte, certify that the foregoing Request for 2046 Balance Sheets pursuant to The Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010 was served via email to cod_prose_filing@cod.uscourts.gov to the Clerk of Court, in the UNITED STATES DISTRICT COURT DISTRICT OF COLORADO 901 Nineteenth Street, Denver, Colorado 80294 and served to the following via email and US First Class Mail:

Thurgood Marshall Federal Judiciary Building
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
Judicial Services Division
Joseph Philips, Chief
1 Columbus Circle Northeast
Washington, DC 20002
Email: aodb_ao_duty_attorney@ao.uscourts.gov

/s/ richardson: temetrius-deonte:

**Board of Governors of the Federal Reserve System**



# Selected Balance Sheet Items for Discount Window Borrowers—FR 2046

**Week ended Wednesday,** _____

This report is authorized by law (12 U.S.C. §§ 225a, 248(a)(2) & (i), 301, 324, 347b, 461(b)(7), and 3105(c)(2)). The Federal Reserve may not conduct or sponsor, and an organization is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

After approximately a two year lag, the fact that an institution borrowed from the discount window is required to be disclosed under the Dodd-Frank Wall Street Reform and Consumer Protection Act, 12 U.S.C. § 248(s). Thus, the FR 2046 report will be treated as confidential for approximately two years under exemption 4 of the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552(b)(4). However, if a FOIA request is received after it has already been disclosed that an institution borrowed from the discount window during a specific time period, the institution's FR 2046 report will not be treated as confidential for that time period.

U.S. Dollar Amounts in Thousands

| | Thursday Amount | Friday Amount | Monday Amount | Tuesday Amount | Wednesday Amount |
|---|---|---|---|---|---|
| **Primary or Secondary Credit Borrowers** | | | | | |
| 1. Total securities | | | | | |
| 2. Federal funds sold and resale agreements | | | | | |
| 3. Total loans | | | | | |
| 4. Total assets | | | | | |
| 5. Total deposits | | | | | |
| 6. Federal funds purchased and repurchase agreements (exclude FRB borrowings) | | | | | |
| **Seasonal Credit Borrowers** | | | | | |
| 1. Total securities[1] | | | | | |
| 2. Federal funds sold and resale agreements[1] | | | | | |
| 3. Total loans[1] | | | | | |
| 4. Total assets[1] | | | | | |
| 5. Total deposits[1] | | | | | |
| 6. Federal funds purchased and repurchase agreements (exclude FRB borrowings) | | | | | |

1. Report ONLY if information is not provided on the FR 2644.

Name of Reporting Institution: _____

Address: _____

City: _____ State: _____ Zip Code: _____

Person to be Contacted Concerning this Report: _____

Area Code / Phone Number: _____

**Please return to:**
Temetrius Richardson
8585 Criterion Drive Unit 64182
Colorado Springs, Colorado 80920

Public reporting burden for this collection of information is estimated to range from 6 minutes to 1 hour per response, depending on which other reporting forms the respondent routinely files. The average burden is estimated to be 45 minutes for primary or secondary credit borrowers and 15 minutes for seasonal credit borrowers. These estimates include time for gathering and maintaining data in the required form and for reviewing instructions and completing the information collection. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to: Secretary, Board of Governors of the Federal Reserve System, 20th and C Streets, NW, Washington, DC 20551; and to the Office of Management and Budget, Paperwork Reduction Project (7100-0289), Washington, DC 20503.

03/2023