UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| TEMETRIUS RICHARDSON,<br>Equitable Owner and Beneficiary,<br><br>   Plaintiff,<br><br>v.<br><br>COUNTY OF ELLSWORTH,<br>KANSAS, et al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)   No. 24-cv-2733-MDB<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF LIMITED/SPECIAL APPEARANCE

Please be advised that the law firm of Kramer Rayson LLP, and more particularly, Jonathan Swann Taylor, hereby enters a limited and/or special appearance for Defendant Rhea County, Tennessee (this "Defendant") in connection with the above-captioned cause of action for the limited and/or special purpose of filing a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1)-(3).  By entering this limited and/or special appearance, this Defendant does not intend to waive any available defenses to the Complaint filed by the Plaintiff on or about October 2, 2024.  I hereby certify that I am a member in good standing of the bar of this Honorable Court.

RESPECTFULLY SUBMITTED this 18th day of December, 2024.

KRAMER RAYSON, LLP

*/s/ Jonathan Swann Taylor*
Jonathan Swann Taylor, BPR#025094
800 South Gay Street, Suite 2500
P.O. Box 629
Knoxville, Tennessee 37901-0629
Phone:  (865) 525-5134
Fax:  (865) 522-5723
Email:  jstaylor@kramer-rayson.com

*Counsel for Defendant Rhea County, TN*

1

## CERTIFICATE OF SERVICE

       I hereby certify that on December 18, 2024, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via regular U.S. Mail and electronic email at the addresses below. Parties may access this filing through the Court's electronic filing system.

                                                        */s/Jonathan Swann Taylor*
                                                        Jonathan Swann Taylor

cc:      Temetrius Deonte Richardson, *pro-se*
           c/o 8585 Criterion Drive Unit 64182
           Colorado Springs, Colorado 80920
           Term1980@yahoo.com