FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 13 2025

JEFFREY P. COLWELL
CLERK

**TEMETRIUS DEONTE RICHARDSON**
**8585 Criterion Drive, Unit 64182**
**Colorado Springs, Colorado 80920**

December 10, 2025

US District Court, Colorado
901 19th Street
Denver, Colorado 80294
Civil Action No: 24-cv-2733-RMR-MDB

# NOTICE TO ALL HOLDER(S) AND TO THE U.S. TREASURY REGARDING THE PRESUMPTION OF ABANDONMENT OF PROPERTY AND TEMETRIUS RICHARDSON'S ADVERSE CLAIM TO Civil Action No: 24-cv-2733-RMR-MDB WITH RIGHTS TO PAYMENT

I .richardson, :temetrius-deonte:, being the living heir and beneficiary of owner TEMETRIUS DEONTE RICHARDSON hereby claims all legal and equitable rights, titles and interests, including but not limited to beneficial ownership in Civil Action No: 24-cv-2733-RMR-MDB, with rights to payment. I claim all Unclaimed Property, Escheated Securities, U.S. Savings bonds, and Marketable Treasury Securities in regards to Civil Action No: 24-cv-2733-RMR-MDB. I do not consent to, nor agree to, the Holder's report concerning any Forfeitures, Presumption of Abandonment of Unclaimed Properties, Escheated Securities, or Payments on Death done in bad faith by US District Court, Colorado and/or Claimant's designated representative in relation to TEMETRIUS RICHARDSON XXX-XX-1882 and Civil Action No: 24-cv-2733-RMR-MDB. All property pledged to the State or any other undisclosed third party purchaser for value regarding Civil Action No: 24-cv-2733-RMR-MDB, is subject to all claims and defenses which TEMETRIUS RICHARDSON could assert against the seller of goods.

**NOTICE:** To prevent the presumption of abandonment US District Court, Colorado, must contact the real owner TEMETRIUS RICHARDSON at this last known address which is 8585 Criterion Drive, Unit 64182, Colorado Springs, Colorado 80920. The Identification card is attached as required by the unclaimed property act for the owner to make claims to property belonging to claimant.

**DISCLAIMER:** Claimant is not liable for the unclean hands and bad faith dealings of this holder, nor is claimant liable for any debts owing to the United States or any other domestic or foreign entity in regards to Civil Action No: 24-cv-2733-RMR-MDB. Claimant is not liable for this holder omitting 16 CFR 433.2 Preservation of consumers' claims and defenses, from its

1

contracts and or agreements. All Unclaimed Property Purchase Agreements, Unclaimed Property Recovery Agreements, or Ex Parte Court hearings that was done on claimant's behalf, was done in bad faith through fraud, accident, mistake, or surprise.

**HOLD HARMLESS AGREEMENT:** US District Court, Colorado agrees to hold TEMETRIUS RICHARDSON harmless for all contracts and agreements done in bad faith as Claimant's designated representative.

**NOTICE:** This adverse claim will be filed with the U.S. TREASURY, and the U.S. Department of the Treasury.

      i, .richardson, :temetrius-deonte:, beneficiary, affirm under penalty of perjury under the laws of The United States of America that the foregoing NOTICE TO ALL HOLDER(S) AND TO THE U.S. TREASURY REGARDING THE PRESUMPTION OF ABANDONMENT OF PROPERTY AND TEMETRIUS RICHARDSON'S ADVERSE CLAIM TO Civil Action No: 24-cv-2733-RMR-MDB WITH RIGHTS TO PAYMENT is true and correct. Executed with clean hands and good faith on this 10th day of January 2025.

      All Rights Reserved.

/s/ richardson: temetrius-deonte, *Beneficiary*
Temetrius Richardson
c/o 8585 Criterion Drive Unit 64182
Colorado Springs, Colorado 80920
Phone: (314) 922-0853
*Email: term1980@yahoo.com*

### CERTIFICATE OF SERVICE

On this 10th day of January 2025, i, .richardson, :temetrius-deonte:, certify that the foregoing NOTICE TO ALL HOLDER(S) AND TO THE U.S. TREASURY REGARDING THE PRESUMPTION OF ABANDONMENT OF PROPERTY AND TEMETRIUS RICHARDSON'S ADVERSE CLAIM TO Civil Action No: 24-cv-2733-RMR-MDB WITH RIGHTS TO PAYMENT was served via First Class Mail to the following:

US District Court, Colorado
901 19th Street
Denver, Colorado 80294

/s/ richardson: temetrius-deonte,




TEMETRIUS RICHARDSON
8585 Criterion Drive Unit 64182
Colorado Springs, Colorado 80920
USA

DENVER CO 802
10 JAN 2025 PM 3 L

US District Court Colorado
901 19th Street
Denver, Colorado 80294