IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

| | |
|---|---|
| Civil Action No:   24-cv-02733-RMR-MDB | Date:   February 3, 2025 |
| Courtroom Deputy:  E. Lopez Vaughan | FTR:   Courtroom 101 |

| _Parties:_ | _Counsel:_ |
|---|---|
| Temetrius Richardson | Pro se |
|     Plaintiff, | |
| v. | Timothy Walsh |
| | Keith Grant |
| County of Ellsworth, Kansas, et al | Jonathan Taylor |
| | Melissa Klatzkow |
|     Defendants. | Michael Wathen |

**COURTROOM MINUTES**

**PRE-SCHEDULING CONFERENCE**

**11:30 a.m.        Court in session.**

Court calls case. Appearances entered.

The Court provides an overview of court processes, referral and presiding judge roles, and the Court's expectations that *pro se* parties be familiar with the Federal Rules of Civil Procedure, the Local Rules and the practice standards of the judicial officers assigned to this case, which are all available on the Court's website along with other resource materials for self-represented parties[1]. Additionally, self-represented parties may seek guidance from the Federal Pro Se Clinic[2].

The Court gives Plaintiff an opportunity to ask questions and provide the Court with any information he believes is necessary for the Court to keep in mind when reviewing the pending Motions to Dismiss. Plaintiff expresses his desire for due process, noting he was subjected to lengthy proceedings when he was a defendant, and now Defendants will not answer his complaint. The Court explains responsive pleadings, answers procedural questions, and takes note of Plaintiff's arguments.

---

[1] US District Court - District of Colorado
[2] Federal Pro Se Clinic website: Colorado Federal Pro Se Assistance Program
   Phone: 303-824-5395   E-mail: fpsc@cobar.org

This matter has several motions currently pending, some of which raise jurisdictional arguments. The Court warns Defendants that if they seek a stay, they must file a separate motion and give Plaintiff the opportunity to respond to those stay arguments. Otherwise, the Court will set case deadlines. It is

**ORDERED**:   Deadline for a combined motion to stay, if any, is **February 21, 2025.**

The Court addresses Defendant County of Ellsworth, Kansas's *Motion for Leave to File Responsive Pleading Out of Time Pursuant to Fed.R.Civ.P. 6(B)(1)* at ECF No. 70 (see also dismissal motion at ECF No. 72). Noting Plaintiff's objection and concerns, it is

**ORDERED**:   The motion at ECF No. 70 is **GRANTED** and the dismissal motion at ECF No. 72 is accepted.

The Court notes there is nothing on the docket indicating that service has been achieved as to Defendant City of South Fulton, Georgia, and as noted already, County of Ellsworth, Kansas has appeared and the Court has accepted its Motion to Dismiss as filed. Accordingly, it is

**ORDERED**:   The motion at ECF No. 45 seeking default judgment is **DENIED**. Deadline to file proof of service upon the defendants City of South Fulton, Georgia and County of Ellsworth, Kansas is **March 3, 2025**.

The Court has reviewed the motion at ECF No. 100, the *County of Ellsworth, Kansas's Motion to Strike Plaintiff's [Second] Response in Opposition [ECF 82] To Defendant County of Ellsworth, Kansas' Motion to Dismiss [ECF 72]*. The Court finds ECF 82 is a second response that is very similar to Plaintiff's Response at ECF No. 77. Accordingly, it is

**ORDERED**:   The motion at ECF No. 100 is **GRANTED** and the Response at ECF No. 82 is **STRICKEN**.

Hearing concluded.

**11:56 a.m.     Court in recess.**

Total in-court time     00:26

*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.

2